**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael Jerri JAMES, Defendant–
Appellant.**

**No. 11–30049.**

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 25, 2011.*

Filed Oct. 28, 2011.

Helen J. Brunner, Esquire, Office of the
U.S. Attorney, Seattle, WA, Kurt P. Her-
manns, Esquire, Sunni Young Ko, USTA—
Office of the U.S. Attorney, Tacoma, WA,
for Plaintiff–Appellee.

Jeffrey C. Grant, Skellenger Bender,
P.S., Seattle, WA, for Defendant–Appel-
lant.

Michael Jerri James, pro se.

Before: TROTT, GOULD, and
RAWLINSON, Circuit Judges.

MEMORANDUM **

Michael Jerri James appeals from cer-
tain special conditions of supervised re-
lease imposed following his 2011 revocation
of supervised release. We have jurisdic-

tion under 28 U.S.C. § 1291, and we af-
firm.

James contends that the district court
erred by imposing special conditions of
supervised release relating to searches and
financial disclosure because those condi-
tions were not included in his original sen-
tence for the underlying crime. The dis-
trict court did not abuse its discretion.
*See* 18 U.S.C. § 3583(d), (e); *United States
v. King,* 608 F.3d 1122, 1130–31 (9th Cir.
2010). The challenged conditions were
reasonably related to the sentencing goals
of deterrence and protection of the public,
and James has not shown that they involve
a greater deprivation of liberty than is
reasonably necessary. *See United States
v. Blinkinsop,* 606 F.3d 1110, 1118–19 (9th
Cir.2010).

In his reply brief, James conceded that
the other issues raised in his opening brief
are moot. Therefore, we do not address
those issues.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.